UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08533
EMMANUEL Z GONZALES
LEANDY R GONZALES                         CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-6531    SSN XXX-XX-8496

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/18/06 and confirmed on 10/27/06.

    2.  The case was dismissed after confirmation, 05/16/2008.

    3.  The Debtor paid a total of $  16819.04 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED | 11217.20 | 1394.77 | 7167.77 |
| GE MONEY BANK | SECURED | 91.92 | .00 | 91.92 |
| NATIONAL AUTO FINANCE | SECURED | 14930.00 | 938.40 | 3846.13 |
| AMERICAN HONDA FINANCE C | UNSECURED | 612.36 | 18.27 | 9.62 |
| CAPITAL ONE BANK | UNSECURED | 646.30 | 18.19 | 10.15 |
| CERTIFIED SERVICES INC | UNSECURED | 281.45 | 13.83 | 4.42 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 463.46 | 13.67 | 7.28 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 268.07 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5950.10 | 175.89 | 93.47 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 576.89 | 14.38 | 9.06 |
| TSYS DEBT MANAGEMENT | UNSECURED | 243.49 | .00 | .00 |
| TSYS DEBT MANAGEMENT | UNSECURED | 481.43 | 13.92 | 7.56 |
| ROUNDUP FUNDING LLC | UNSECURED | 1629.56 | 52.85 | 28.74 |
| ROUNDUP FUNDING LLC | UNSECURED | 302.34 | .00 | .00 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 105.88 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 355.30 | 11.70 | 5.59 |
| NATIONAL AUTO FINANCE | UNSECURED | 406.57 | 12.20 | 6.39 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 1932.88 | 58.00 | 30.36 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 774.49 | 17.43 | 12.17 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 26239.12 | .00 | 15030.57 | .00 | 41269.69 |

```
PRINCIPAL PAID        11105.82          .00        224.81          .00      11330.63
INTEREST PAID          2333.17          .00        420.33          .00       2753.50
TOTAL PAID            13438.99          .00        645.14          .00      14084.13
```

The Debtor's attorney, FELD & KORRUB LLC                , was allowed $   2500.00
and was paid $    500.00  direct and $   2000.00  through the plan.

The Trustee received $    734.91 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/20/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE